**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard Olgin,<br><br>        Plaintiff,<br><br>vs.<br><br>Innovative Collections Operation Network,<br><br>        Defendant. | No. CIV 05-1719-PHX-DKD<br><br>**ORDER** |

Plaintiff Richard Olgin filed his Complaint in this action on June 9, 2005 (Doc. #1). Mr. Newman Wong, a "member" of the Defendant L.L.C. Innovative Collections Operation Network filed a Response to the Complaint on June 22, 2005 (Doc. #3). On August 23, 2005, this Court ordered that counsel for Defendant Innovative Collections enter an appearance within 30 days (Doc. #12). The Court further stated that a "[f]ailure to comply with this Order may result in the striking of Defendant's Response filed June 22, 2005, and the possible entry of default against this Defendant" (*Id.*). On August 30, 2005, Mr. Wong filed a Motion to Reconsider the August 23 Order; on August 30, 2005, this Court denied the Motion to Reconsider (Doc. #13, 14). To date, counsel for Defendant has not entered an appearance in this action.

Defendant has failed to comply with the Court's Order that it appear through counsel. Accordingly, **IT IS ORDERED STRIKING** Defendant's Response (Doc. #3).

On October 13, 2005, Plaintiff filed an Application for Entry of Default (Doc. #15).

**IT IS HEREBY ORDERED** granting Plaintiff's Application for Entry of Default (Doc. #15). The Clerk shall enter default against Defendant.

**IT IS FURTHER ORDERED** that Plaintiff shall file his application for default judgment pursuant to Rule 55(b)(2) within 30 days of this Order.

The Court will hold in abeyance ruling on Plaintiff's Motion for Injunctive Relief Enjoining Defendant from Contacting Other Class Members (Doc. #4), and Plaintiff's Motion for Injunctive Relief Enjoining Defendant from Destroying Records (Doc. #5), pending consideration of the application for default judgment.

DATED this 9th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge