**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard Olgin,<br><br>            Plaintiff,<br><br>vs.<br><br>Innovative Collections Operation Network,<br><br>            Defendant. | No.  CIV 05-1719-PHX-DKD<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Injunctive Relief Against Defendant Not to Contact Class Members (Doc. #4), Motion for Injunctive Relief Against Defendant Not to Destroy Records (Doc. #5), filed July 27, 2005; and Motion for Voluntary Dismissal Without Prejudice (Doc. #20), filed December 5, 2005.  The Complaint regarding this matter was filed June 9, 2005 (Doc. #1) and Defendant filed his Response (Answer) *Pro se* on June 22, 2005 (Doc. #3).

On August 23, 2005, this Court directed Defendant to enter an appearance through counsel and that failure to comply with this Order may result in the striking of Defendant's Response (Doc. #12).  Defendant's Motion to Reconsider (Doc. #13) this Court's August 23 Order was denied on August 30, 2005 (Doc. #14).  On October 13, 2005, Plaintiff filed an Application for Default (Doc. #15) requesting default be entered against Defendant.  Pursuant to this Court's November 9, 2005 Order (Doc. #16), Plaintiff's Application was granted and the Clerk of the Court was ordered to enter default against Defendant.  To date, Defendant has not

1 made an appearance through counsel as directed and has not filed any pleadings regarding this
2 matter. Accordingly,

3     **IT IS ORDERED** granting Plaintiff's Motion for Voluntary Dismissal Without Prejudice
4 (Doc. #20). The above-captioned matter is dismissed without prejudice, each party to bear its
5 own costs and attorney's fees.

6     **IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief Against
7 Defendant Not to Contact Class Members (Doc. #4), and Motion for Injunctive Relief Against
8 Defendant Not to Destroy Records (Doc. #5), are denied as moot.

9     DATED this 16th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge